**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re**<br><br>**LENOX SALES, INC., <u>et</u> <u>al</u>.,**<br><br>**Debtors.** | **Chapter 11**<br><br>**Case No. 08-14679 (ALG)**<br><br>**(Jointly Administered)** |

<u>**STIPULATED ORDER PURSUANT TO SECTION 365(d)(4)(B)(ii) OF THE**</u>
<u>**BANKRUPTCY CODE EXTENDING THE PERIOD WITHIN WHICH THE**</u>
<u>**DEBTORS MAY ASSUME OR REJECT AN UNEXPIRED**</u>
<u>**LEASE OF NONRESIDENTIAL REAL PROPERTY WITH ISLAND VIEW TCI, L.P.**</u>

A.      On December 30, 2005, Lenox Incorporated, now known as Ceramic Art

Company (the "**Tenant**"), one of the affiliated debtors in the above-referenced chapter 11 cases

(collectively, the "**Debtors**"[1]), and Island View TCI, L.P. (the "**Landlord**") entered into a Lease

Agreement, as amended, for property located at 1414 Radcliffe Street, Bristol, Pennsylvania (the

"**Lease**").


B.      Pursuant to an order, dated March 11, 2009, (the "**Order**"), the period within

which the Debtors were required to assume or reject leases of nonresidential real property,

including the Lease, was extended from March 23, 2009 to and including June 22, 2009 pursuant

to Bankruptcy Code section 365(d)(4)(B)(i).  Pursuant to Bankruptcy Code section

365(d)(4)(B)(ii), "the court may grant a subsequent extension only upon prior written consent of

the lessor."  11 U.S.C. § 365(d)(4)(B)(ii).

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Lenox Sales, Inc. (3270), Lenox Group Inc. (4956), Lenox, Incorporated (8476), D 56, Inc. (0891), FL 56 Intermediate Corp. (4955), Lenox Retail, Inc. (3269), and Lenox Worldwide, LLC (7980).

SRZ-10921758.1

1

C.      Since the Order was entered, both Tenant and the Landlord have been involved in good faith negotiations to modify the Lease but have not yet arrived at a resolution.  In order to permit the parties to conclude negotiations and potentially assume and assign the Lease, the Landlord hereby consents to extend the time period within which Tenant must assume or reject the Lease by 30 days to and including July 22, 2009.

Therefore, it is hereby STIPULATED and AGREED that:

1.      Based on the Landlord's consent, pursuant to Bankruptcy Code section 365(d)(4)(B)(ii), the time within which the Debtors may assume, assume and assign, or reject the Lease is hereby extended by 30 days until July 22, 2009, without prejudice to the right of any of the Debtors' lessors to file an appropriate application with the Court for a hearing to consider on the basis of cause reduction of time and/or on any grounds, other appropriate relief on prior notice to (i) the Debtors, (ii) the U.S. Trustee, (iii) the Purchaser, (iv) the DIP Lenders, and (v) the Creditors' Committee, all in accordance with the Federal Rules of Bankruptcy Procedure and the local bankruptcy rules and orders of the Court.

ACKNOWLEDGED & AGREED:

 /s/ Alfredo R. Pérez
Harvey R. Miller, Esq.
Alfredo R. Pérez, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors
and Debtors in Possession

 /s/ D. Charles Houder
D. Charles Houder, Senior Vice President for Landlord

_____

_____

Dated: June 19, 2009                     ORDERED:
New York, New York


                                         */s/ Allan L. Gropper*
                                         ALLAN L. GROPPER
                                         UNITED STATES BANKRUPTCY JUDGE