WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller, Esq.
Alfredo R. Pérez, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
*In re* : **Chapter 11 Case No.**
:
**LENOX SALES, INC.,** *et al.* : **08-14679 (ALG)**
:
Debtors. : **(Jointly Administered)**
:
---------------------------------------------------------------x

## CERTIFICATE OF NO OBJECTION TO AMENDED THIRD SUPPLEMENTAL NOTICE OF PROPOSED ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Lenox Sales, Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"),[1] respectfully represent:

1. On December 1, 2008, the Debtors filed a motion to, among other things, sell all or substantially all of their assets (the "Sale").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Lenox Sales, Inc. (3270), Lenox Group Inc. (4956), Lenox, Incorporated (8476), D 56, Inc. (0891), FL 56 Intermediate Corp. (4955), Lenox Retail, Inc. (3269), and Lenox Worldwide, LLC (7980).

2. On December 16, 2008, in connection with the Sale, this Court entered an order (the "Procedures Order") (Docket No. 127) approving, among other things, procedures for the assumption of executory contracts and unexpired leases.

3. On March 27, 2009, in accordance with the Procedures Order, the Debtors filed an *Amended Third Supplemental Notice of Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases* (Docket No. 429) (the "Third Amended Notice of Assumption").

4. On the Third Amended Notice of Assumption, the Debtors listed certain executory contracts and unexpired leases that the Debtors contemplated assuming and assigning as part of the Sale.[2] Century Indemnity Company filed an objection to the Third Amended Notice of Assumption. All objections, other than the objection filed by Century Indemnity Company, on account of the executory contracts listed on Exhibit A hereto (the "Contracts") have been resolved. The executory contract at issue in Century Indemnity Company's objection has been removed from the Contracts in Exhibit A, and will not be affected by the proposed order.

---

[2] In the Third Notice of Assumption, the Debtors listed numerous executory contracts and unexpired leases that were capable of being assumed and assigned as part of the Sale. The Debtors, however, also reserved their rights to remove executory contracts and unexpired leases listed in the Third Notices of Assumption from the list of executory contracts and unexpired leases that were ultimately assumed and assigned pursuant to the Sale. Consequently, only a subset of those executory contracts and unexpired leases listed in the Notices of Assumption were assumed and assigned under the Sale Order.

5. Pursuant to the terms of the Procedures Order, the undersigned counsel for the Debtors hereby certifies that no objections, other than the objection of Century Indemnity Company, with respect to the assumption and assignment of the Contracts remain outstanding. Consequently, the Debtors hereby request that the Court enter the attached form of order approving the assumption and assignment of the Contracts.

Dated: June 19, 2009
      New York, New York

Respectfully submitted,

/s/ Alfredo R. Pérez
Harvey R. Miller, Esq.
Alfredo R. Pérez, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

## (Executory Contracts to be Assumed for which No Objections have been Filed)

| Counter-party | Date | Description | Cure Amount |
|---|---|---|---|
| Anna Griffin<br>2270 Marietta Blvd.<br>Atlanta, GA 30318 | 09/01/07 | Design and TM License | $2,244.27 |
| Blue Cross Blue Shield of Minnesota<br>3535 Blue Cross Road<br>Eagan, Minnesota 55122 | 1/1/2009 | Stop Loss Agreement | $0 |
| Canon Financial Services<br>P.O. Box 4004<br>Carol Stream, IL 60197-4004<br>#001-0053435-011 | 12/10/2006 | Lease - canon copiers/printers | $1,578.04 |
| China International Intellectech (Shanghai) Corporation | | Employment Services Contract re: Chinese employees | $0 |
| Cimquest<br>1545 Route 206, 2nd Floor<br>Bedminster, NJ 07921<br>Attn: Cheryl Short | 9/2/08 | Maintenance for 3D printer | $0 |
| Deloitte & Touche LLP<br>1700 Market Street<br>Philadelphia, PA 19103-3984<br>Attention: R. Kurt Williams | 04/04/2008 | Services for 2008 financial audit | $0 |
| Fennelly Associates, Inc.<br>Ibis Plaza<br>3525 Quakerbridge Plaza<br>Hamilton, NJ 08619 | 12/15/08 | Real Estate Consulting | $0.00 |
| Ferrara Café<br>Adeline Sessa<br>195 Grand Street<br>New York, NY 10013 | 05/04/05 | TM | $0 |
| Jean Beury<br>5008 Palmer Court<br>Clayton, NC 27520 | | Copyright license for D56 | $459.32 |
| Matthew T. Hennek<br>4234-1/2 Cedar Avenue South<br>Minneapolis, MN 55407 | 10/15/05 | Work for hire | $0 |
| Nationwide Indemnity Company<br>1431 Opus Place, Suite 100<br>Downers Grove, IL 60515-1169<br>Attention: Anita Smith | 5/5/1994 | Indemnification Agreement | $0 |
| Nationwide Indemnity Company<br>1431 Opus Place, Suite 100<br>Downers Grove, IL 60515-1169<br>Attention: Anita Smith | 11/18/1994 | Indemnification Agreement | $0 |

| Counter-party | Date | Description | Cure Amount |
|---|---|---|---|
| Nationwide Indemnity Company<br>1431 Opus Place, Suite 100<br>Downers Grove, IL 60515-1169<br>Attention: Anita Smith | 11/20/1992 | Indemnification Agreement | $0 |
| Network Solutions<br>13861 Sunrise Valley Rd<br>Suite 300<br>Herndon, VA 20171 | 00/00/00 | D56 DNS registration service agreement | $0 |
| Network Solutions<br>13861 Sunrise Valley Dr.<br>Suite 300<br>Herndon, VA 20171 | n/a | Services | $0 |
| News America<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Judy Dresner | 2/23/2007 | Advertising | $0 |
| Peggy Riel<br>315 Fieldstone Dr<br>New Hope, PA 18938 | | Work-for-hire | $0 |
| Pitney Bowes Inc.<br>2225 American Drive<br>Neenah, WI 54956 | Unknown | Lease – Cranbury, NJ Equipment<br>Account #<br>6919427<br>Schedule 001 | $0.00 |
| Pitney Bowes Inc.<br>2225 American Drive<br>Neenah, WI 54956 | Unknown | Lease – Hagerstown, MD Equipment<br>Account #<br>4309705<br>Schedule 002 | $514.86 |
| Pitney Bowes Inc.<br>2225 American Drive<br>Neenah, WI54956 | Unknown | Lease – Bristol, PA Equipment<br>Account #<br>0215848<br>Schedule 005 | $0.00 |
| Pitney Bowes Inc.<br>2225 American Drive<br>Neenah, WI54956 | Unknown | Lease – NJ Equipment<br>Account #<br>1945402<br>Schedule 003 | $0.00 |
| Pitney Bowes Inc.<br>2225 American Drive<br>Neenah, WI54956 | Unknown | Lease – Langhorne, PA Equipment<br>Account #<br>1913-0329-86-5<br>Postal Security Device | $0.00 |
| Tech Conveyor, Inc.<br>195 Strykers Road<br>Phillipsburg, NJ 08865 | | Support and maintenance Agreement – Hardware and Software<br>Contract#A-103-1490-R2 | $0 |

| Counter-party | Date | Description | Cure Amount |
|---|---|---|---|
| Tech Conveyor, Inc.<br>195 Strykers Road<br>Phillipsburg, NJ 08865 | | Software license agreement | $0 |
| The Lamar Companies<br>437 Fifth Avenue<br>New York, NY 10016 | 1/1/09 | Billboard advertising services (Cranbury) NJ Tpke. 8A | $0.00 |
| Tom Browning<br>2586 NW Champion Circle<br>Bend, OR 97701 | 1/1/09 | Copyright License | $3,781.71 |
| Valasis Sales and Marketing Services<br>19975 Victor Parkway<br>Livonia, MI 48152<br>Jeannie Coppola | 2/20/07 | Production | $0 |
| Value Source International Co., Ltd.<br>Ste 2705 Nan Zheng Mansion No 580<br>Nan Jing Rd West<br>Shanghai 200041<br>PRC<br>CHINA | | Sources glass in China | $1,999 |
| Vovici Corporation<br><br>Voice Corporation<br>45365 Vintage Park Plaza<br>Suite 250<br>Dulles, VA 20166 | 11/5/08 | Hosting Service for consumer website survey information | $0 |

**(Proposed Order)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                                 :
In re                                              :         Chapter 11 Case No.
                                                        :
**LENOX SALES, INC.,** *et al.*              :         **08-14679 (ALG)**
                                                        :
            Debtors.                    :         **(Jointly Administered)**
                                                         :
---------------------------------------------------------------x

## ORDER APPROVING ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS

Upon the motion, dated December 27, 2008 (the "Motion"), of Lenox Sales, Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"),[1] pursuant to Sections 105(a), 363, and 365 of the Bankruptcy Code and Rules 6004 and 6006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for, among other things, approval of procedures in connection with the sale of all or substantially all of the Debtors' assets (the "Sale"), all as more fully set forth in the Motion; and the Court having entered an order, dated December 16, 2008, approving, among other things, a procedure for the assumption of executory contracts and unexpired leases (the "Procedures Order") (Docket No. 127); and upon the Certificate of No Objection to the Assumption and Assignment of Certain Unexpired Leases and Executory Contracts filed by counsel for the Debtors; and after due deliberation and sufficient cause appearing therefore, it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Lenox Sales, Inc. (3270), Lenox Group Inc. (4956), Lenox, Incorporated (8476), D 56, Inc. (0891), FL 56 Intermediate Corp. (4955), Lenox Retail, Inc. (3269), and Lenox Worldwide, LLC (7980).

ORDERED that, in accordance with the terms and provisions of the Procedures Order, the Debtors' assumption of the executory contracts listed on Exhibit A hereto (the "Contracts") is approved; and it is further

ORDERED that the executory contracts that are the subject of Century Indemnity Company's objection are not are not assumed or assigned at this time; and it is further

ORDERED that, except as otherwise agreed to in a signed writing between the Debtors and a Contract counterparty, the cure amounts set forth on Exhibit A are the true, correct, final and fixed amounts, and only amounts, that are required to be paid upon assumption of the Contracts pursuant to section 365(b)(1)(A) and (B) of the Bankruptcy Code and the Debtors are directed to pay such cure amounts upon assumption of the Contracts.

Dated: June __, 2009
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

## Exhibit A
## (Executory Contracts)

| Counter-party | Date | Description | Cure Amount |
|---|---|---|---|
| Anna Griffin<br>2270 Marietta Blvd.<br>Atlanta, GA 30318 | 09/01/07 | Design and TM License | $2,244.27 |
| Blue Cross Blue Shield of Minnesota<br>3535 Blue Cross Road<br>Eagan, Minnesota 55122 | 1/1/2009 | Stop Loss Agreement | $0 |
| Canon Financial Services<br>P.O. Box 4004<br>Carol Stream, IL 60197-4004<br>#001-0053435-011 | 12/10/2006 | Lease - canon copiers/printers | $1,578.04 |
| China International Intellectech (Shanghai) Corporation | | Employment Services Contract re: Chinese employees | $0 |
| Cimquest<br>1545 Route 206, 2nd Floor<br>Bedminster, NJ 07921<br>Attn: Cheryl Short | 9/2/08 | Maintenance for 3D printer | $0 |
| Deloitte & Touche LLP<br>1700 Market Street<br>Philadelphia, PA 19103-3984<br>Attention: R. Kurt Williams | 04/04/2008 | Services for 2008 financial audit | $0 |
| Fennelly Associates, Inc.<br>Ibis Plaza<br>3525 Quakerbridge Plaza<br>Hamilton, NJ 08619 | 12/15/08 | Real Estate Consulting | $0.00 |
| Ferrara Café<br>Adeline Sessa<br>195 Grand Street<br>New York, NY 10013 | 05/04/05 | TM | $0 |
| Jean Beury<br>5008 Palmer Court<br>Clayton, NC 27520 | | Copyright license for D56 | $459.32 |
| Matthew T. Hennek<br>4234-1/2 Cedar Avenue South<br>Minneapolis, MN  55407 | 10/15/05 | Work for hire | $0 |
| Nationwide Indemnity Company<br>1431 Opus Place, Suite 100<br>Downers Grove, IL 60515-1169<br>Attention: Anita Smith | 5/5/1994 | Indemnification Agreement | $0 |
| Nationwide Indemnity Company<br>1431 Opus Place, Suite 100<br>Downers Grove, IL 60515-1169<br>Attention: Anita Smith | 11/18/1994 | Indemnification Agreement | $0 |

| Counter-party | Date | Description | Cure Amount |
|---|---|---|---|
| Nationwide Indemnity Company<br>1431 Opus Place, Suite 100<br>Downers Grove, IL 60515-1169<br>Attention: Anita Smith | 11/20/1992 | Indemnification Agreement | $0 |
| Network Solutions<br>13861 Sunrise Valley Rd<br>Suite 300<br>Herndon, VA 20171 | 00/00/00 | D56 DNS registration service agreement | $0 |
| Network Solutions<br>13861 Sunrise Valley Dr.<br>Suite 300<br>Herndon, VA 20171 | n/a | Services | $0 |
| News America<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Judy Dresner | 2/23/2007 | Advertising | $0 |
| Peggy Riel<br>315 Fieldstone Dr<br>New Hope, PA 18938 | | Work-for-hire | $0 |
| Pitney Bowes Inc.<br>2225 American Drive<br>Neenah, WI 54956 | Unknown | Lease – Cranbury, NJ Equipment<br>Account #<br>6919427<br>Schedule 001 | $0.00 |
| Pitney Bowes Inc.<br>2225 American Drive<br>Neenah, WI 54956 | Unknown | Lease – Hagerstown, MD Equipment<br>Account #<br>4309705<br>Schedule 002 | $514.86 |
| Pitney Bowes Inc.<br>2225 American Drive<br>Neenah, WI 54956 | Unknown | Lease – Bristol, PA Equipment<br>Account #<br>0215848<br>Schedule 005 | $0.00 |
| Pitney Bowes Inc.<br>2225 American Drive<br>Neenah, WI 54956 | Unknown | Lease – NJ Equipment<br>Account #<br>1945402<br>Schedule 003 | $0.00 |
| Pitney Bowes Inc.<br>2225 American Drive<br>Neenah, WI 54956 | Unknown | Lease – Langhorne, PA Equipment<br>Account #<br>1913-0329-86-5<br>Postal Security Device | $0.00 |
| Tech Conveyor, Inc.<br>195 Strykers Road<br>Phillipsburg, NJ 08865 | | Support and maintenance Agreement – Hardware and Software<br>Contract#A-103-1490-R2 | $0 |

| Counter-party | Date | Description | Cure Amount |
|---|---|---|---|
| Tech Conveyor, Inc.<br>195 Strykers Road<br>Phillipsburg, NJ 08865 | | Software license agreement | $0 |
| The Lamar Companies<br>437 Fifth Avenue<br>New York, NY 10016 | 1/1/09 | Billboard advertising services (Cranbury)<br>NJ Tpke. 8A | $0.00 |
| Tom Browning<br>2586 NW Champion Circle<br>Bend, OR 97701 | 1/1/09 | Copyright License | $3,781.71 |
| Valasis Sales and Marketing Services<br>19975 Victor Parkway<br>Livonia, MI 48152<br>Jeannie Coppola | 2/20/07 | Production | $0 |
| Value Source International Co., Ltd.<br>Ste 2705 Nan Zheng Mansion No 580<br>Nan Jing Rd West<br>Shanghai 200041<br>PRC<br>CHINA | | Sources glass in China | $1,999 |
| Vovici Corporation<br><br>Voice Corporation<br>45365 Vintage Park Plaza<br>Suite 250<br>Dulles, VA 20166 | 11/5/08 | Hosting Service for consumer website survey information | $0 |