UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                            :
In re                                       :     Chapter 11 Case No.
                                            :
LENOX SALES, INC., et al.                   :     08-14679 (ALG)
                                            :
         Debtors.                           :     (Jointly Administered)
                                            :
------------------------------------------------------------------x

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK:
                         SS:
COUNTY OF SUFFOLK:

I, Gina Ziegler, being duly sworn, deposes and states:

I am an Assistant Director employed by The Garden City Group, Inc., the Claims and Noticing Agent for the Debtors. Our business address is 105 Maxess Road, Melville, New York 11747.

On June 22, 2009, I caused to be served true copies of the following documents:

**SO ORDERED STIPULATION, SIGNED 6/19/2009, PURSUANT TO SEC. 365(D)(4)(B)(II) OF THE BANKRUPTCY CODE EXTENDING THE PERIOD WITHIN WHICH THE DEBTORS MAY ASSUME OR REJECT AN UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY WITH ISLAND VIEW TCI, L.P.** (Docket No 521);

**SO ORDERED STIPULATION, SIGNED 6/19/2009, PURSUANT TO SEC. 365(D)(4)(B)(II) OF THE BANKRUPTCY CODE EXTENDING THE PERIOD WITHIN WHICH THE DEBTORS MAY ASSUME OR REJECT AN UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY WITH JOHN M. SAUMS & SONS, INC.** (Docket No 522); and

**SO ORDERED STIPULATION SIGNED ON 6/22/2009, PURSUANT TO SEC. 365(D)(4)(B)(II) OF THE BANKRUPTCY CODE EXTENDING THE PERIOD WITHIN**

**WHICH THE DEBTORS MAY ASSUME OR REJECT AN UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY WITH ROCKVALE OUTLET CENTER L.P.**
(Docket No 526)

by e-mail transmission to those parties listed on Exhibit A; and on those parties listed on Exhibit B, at their last known addresses, by First Class Mail, by depositing true copies of same in sealed, postage paid envelopes and depositing at a United States Post Office for delivery.

s/     Gina Ziegler

| | |
|---|---|
| Sworn to me this 24th day of June, 2009. | Nancy Formica<br>Notary Public, State of New York<br>No. 01FO4933172 |
| /s/  Nancy Formica<br>    Notary Public | Qualified in Queens County<br>Commission Expires August 8, 2010 |

# EXHIBIT A

ANDREW S. CONWAY, ESQ.
ATTY FOR TAUBMAN LANDLORDS
200 EAST LONG LAKE ROAD, SUITE 300
BLOOMFIELD HILLS MI 48304
email: Aconway@taubman.com

BARNES & THORNBURG LLP
ATTN: PATRICK E MEARS ESQ
171 MONROE AVENUE NW
SUITE 1000
GRAND RAPIDS MI 49503-2694
email: patrick.mears@BTLaw.com

BARTLETT HACKETT FEINBERG P.C.
ATTY FOR IRON MOUNTAIN INFORMATION MANAG
ATT: FRANK F. MCGINN, ESQ.
155 FEDERAL STREET, 9TH FLOOR
BOSTON MA 02110
email: ffm@bostonbusinesslaw.com

BERENSON & COMPANY
ATTN: ISLAM ZUGHAYER DIRECTOR
667 MADISON AVENUE
NEW YORK NY 10065
email: izughayer@BerensonCo.com

BUCHALTER NEMER, PC
ATTY FOR ORACLE
ATT: SHAWN M. CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO CA 94105-2126
email: schristianson@buchalter.com

CARL LANDECK
C/O LENOX GROUP INC
1414 RADCLIFFE STREET
BRISTOL PA 19007
email: clandeck@carlmarks.com

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF LABOR & INDUSTRY
ATT: TIMOTHY A. BORTZ
625 CHERRY STREET - ROOM 203
READING PA 19602-1184
email: tbortz@state.pa.us

COOLEY GODWARD KRONISH LLP
ATT: CATHY HERSHCOPF, ESQ.
1114 AVENUE OF THE AMERICAS
NEW YORK NY 10036
email: chershcopf@cooley.com

COOLEY GODWARD KRONISH LLP
ATT: JEFFREY L. COHEN, ESQ.
1114 AVENUE OF THE AMERICAS
NEW YORK NY 10036
email: jcohen@cooley.com

COOLEY GODWARD KRONISH LLP
ATT: RICHELLE KALNIT, ESQ.
1114 AVENUE OF THE AMERICAS
NEW YORK NY 10036
email: rkalnit@cooley.com

GOLENBOCK EISEMAN ASSOR BELL & PESKOE
ATTY FOR 41 MADISON L.P.
ATT: JONATHAN L. FLAXER, ESQ.
437 MADISON AVENUE
NEW YORK NY 10022
email: jflaxer@golenbock.com

GREENBERG TRAURIG, LLP
ATTY FOR BTR TILTON, LLC
ATT: JOHN H. BAE & GARY D. TICOLL
200 PARK AVENUE
NEW YORK NY 10166
email: baej@gtlaw.com; ticollg@gtlaw.com

HINCKLEY, ALLEN & SNYDER LLP
ATT: MICHAEL J. PENDELL, ESQ.
185 ASYLUM STREET, 35TH FLOOR
CITYPLACE I
HARTFORD CT 06103
email: mpendell@haslaw.com

HINSHAW & CULBERTSON LLP
ATT: AILANA T. MCINTOSH
333 SOUTH SEVENTH STREET, SUITE 2000
MINNEAPOLIS MN 55402
email: amcintosh@hinshawlaw.com

| | |
|---|---|
| HIRSCHLER FLEISCHER, PC<br>ATTY FOR MEDALIST PROPERTIES 5, LLC<br>ATT: SHELIA DELA CRUZ, ESQ.<br>POST OFFICE BOX 500<br>RICHMOND VA 23218-0500<br>email: sdelacruz@hf-law.com | HOROWITZ, RUBINO & PATTON<br>ATTY FOR HARTZ MOUNTAIN ASSOCIATES<br>ATT: CURTIS L. MICHAEL, ESQ.<br>2 PENN PLAZA, SUITE 1500<br>NEW YORK NY 10121<br>email: curt.michael@hrplaw.com |
| HORRY COUNTY TREASURER<br>ATTN: RODDY DICKINSON<br>PO BOX 18828<br>CONWAY SC 29528-1828<br>email: Dickens@HorryCounty.org | KIRKLAND & ELLIS LLP<br>ATT: JON HENES, Y. RIEMER<br>153 EAST 53RD STREET<br>CITIGROUP CENTER<br>NEW YORK NY 10022-4611<br>email: jhenes@kirkland.com; yriemer@kirkland.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON<br>ATTY FOR DALLAS COUNTY<br>ATT: ELIZABETH WELLER, ESQ.<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS TX 75201<br>email: dallas.bankruptcy@publicans.com | MCELROY DEUTSCH MULVANEY CARPENTER, LLP<br>ATT: JEFFREY BERNSTEIN, ESQ.<br>THREE GATEWAY CENTER<br>100 MULBERRY STREET<br>NEWARK NJ 07102-4079<br>email: jbernstein@mdmc-law.com |
| MENTER, RUDIN & TRIVELPIECE, P.C.<br>ATT: KEVIN M. NEWMAN, ESQ.<br>308 MALTBIE STREET, SUITE 200<br>SYRACUSE NY 13204-1498<br>email: knewman@menterlaw.com | OFFICE OF ATTORNEY GENERAL<br>ATT: ROBERT N. STOKES, AAG<br>DEPARTMENT OF BUSINESS AND ECONOMIC DEV<br>WORLD TRADE CENTER BALTIMORE, ROOM 544<br>BALTIMORE MD 21202<br>email: rstokes@oag.state.md.us |
| OFFICE OF ATTORNEY GENERAL OF PA<br>ATT: CAROL E. MOMJIAN & THOMAS W CORBETT<br>21 S. 12TH STREET, 3RD FLOOR<br>PHILADELPHIA PA 19107-3603<br>email: cmomjian@attorneygeneral.gov | OFFICE OF THE NYS ATTORNEY GENERAL<br>ATTN: ANDREW CUOMO & NEAL MANN<br>120 BROADWAY - 24TH FLOOR<br>NEW YORK NY 10271<br>email: neal.mann@oag.state.ny.us |
| PAUL HASTINGS JANOFSKY & WALKER LLP<br>ATTN: JESSE H AUSTIN III ESQ<br>600 PEACHTREE STREET - 24TH FL<br>ATLANTA GA 30308<br>email: jessaustin@paulhastings.com | PAUL HASTINGS JANOFSKY & WALKER LLP<br>ATTN: LESLIE A PLASKON ESQ<br>75 EAST 55TH ST<br>FIRST FLOOR<br>NEW YORK NY 10022<br>email: leslieplaskon@paulhastings.com |
| SAUL EWING LLP<br>ATT: MELISSA W RAND, ESQ.<br>222 DELAWARE AVENUE, SUITE 1200<br>P.O. BOX 1266<br>WILMINGTON DE 19899<br>email: jryan@saul.com | SCHULTE ROTH & ZABEL LLC<br>ATTN: ADAM C HARRIS & ABBEY WALSH<br>919 THIRD AVENUE<br>NEW YORK NY 10022<br>email: adam.harris@srz.com |

SEYFARTH SHAW, LLP
ATTY FOR CP COMMERCIAL PROPERTIES
ATTN: SARA E. LORBER
131 SOUTH DEARBORN STREET, SUITE 2400
CHICAGO IL 60603
email: slorber@seyfarth.com

SIMON PROPERTY GROUP, INC.
ATT: RONALD M. TUCKER, ESQ.
225 WEST WASHINGTON STREET
INDIANAPOLIS IN 46204
email: rtucker@simon.com

STATE OF MICHIGAN, ATTORNEY GENERAL
ATT: MICHAEL COX & JUANDISHA HARRIS
3030 W. GRAND BLVD.
CADILLAC PLACE, STE. 10-200
DETROIT MI 48202
email: harrisjm@michigan.gov

STEVENS & LEE, P.C.
ATTY FOR RZB FINANCE LLC
ATT: NICHOLAS F. KAJON, ESQ.
485 MADISON AVENUE, 20TH FLOOR
NEW YORK NY 10022
email: nfk@stevenslee.com

THE GARDEN CITY GROUP, INC.
ATTN: KEN FREDA
105 MAXESS ROAD
MELVILLE NY 11747
email: kenneth.freda@gardencitygroup.com

THOMPSON COBURN DBA THOMPSON COBURN
FAGEL HABER
ATT: DENNIS E. QUAID, ESQ.
55 EAST MONROE
CHICAGO IL 60603
email: efiledocketgroup@fagelhaber.com; dquaid@tcfhlaw.com

UBS AG STAMFORD BRANCH
ATTN: TOM DONNELLY
677 WASHINGTON BLVD
STAMFORD CT 06901
email: thomas.donnelly@ubs.com

WILENTZ GOLDMAN & SPITZER, P.A.
ATT: DAVID H. STEIN & JAY B. FELDMAN
90 WOODBRIDGE CENTER DRIVE
P.O. BOX 10
WOODBRIDGE NJ 07095
email: dstein@wilentz.com; jfeldman@wilentz.com

WILES AND WILES
ATT: VICTOR W. NEWMARK, ESQ.
800 KENNESAW AVENUE, SUITE 400
MARIETTA GA 30060
email: vnewmark@evict.net

**EXHIBIT B**

| | |
|---|---|
| ACXIOM CORPORATION<br>ATT: C.B. BLACKARD, III<br>301 E. DAVE WARD DRIVE<br>P.O. BOX 2000<br>CONWAY AR 72033-2000 | ARCHER & GREINER, PC<br>ATT: JOHN V. FIORELLA, ESQ.<br>ONE CENTENNIAL SQUARE<br>HADDONFIELD NJ 08033-0968 |
| BANKRUPTCY ADMINISTRATION<br>ATT: CHRISTINE R. ETHERIDGE<br>1738 BASS ROAD<br>PO BOX 13708<br>MACON GA 31208-3708 | DEPARTMENT OF THE TREASURY<br>ROBERT F. HOYT, GENERAL COUNSEL<br>1500 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC 20220-0001 |
| DEPT OF LAW & PUBLIC SAFETY, DIV. OF LAW<br>ATT: RACHEL LEHR, DEPUTY ATTY GENERAL<br>RICHARD J. HUGHES JUSTICE COMPLEX<br>PO BOX 093<br>TRENTON NJ 08625-0093 | DIVISION OF TAXATION<br>ATTN: BANKRUPTCY<br>50 BARRACKS STREET<br>PO BOX 245<br>TRENTON NJ 08695 |
| HONORABLE ALLAN L GROPPER<br>US BANKRUPTCY COURT FOR SDNY<br>ONE BOWLING GREEN<br>NEW YORK NY 10004 | IBM CORPORATION<br>ATT: BEVERLY H. SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE IL 60618 |
| INTERNAL REVENUE SERVICE<br>BANKRUPTCY AND INSOLVENCY GROUP<br>290 BROADWAY<br>5TH FLOOR<br>NEW YORK NY 10007 | INTERNAL REVENUE SERVICE<br>ATTN: DISTRICT AND REGIONAL DIRECTORS<br>290 BROADWAY<br>NEW YORK NY 10007 |
| INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA<br>MAIL STOP RM 1150<br>BALTIMORE MD 21201 | LORI LAPIN JONES PLLC<br>ATT: LORI LAPIN JONES, ESQ.<br>ATTY FOR ONSLOW CONTAINER SERVICES<br>98 CUTTER MILL ROAD, SUITE 201 NORTH<br>GREAT NECK NY 11021 |
| MANATEE COUNTY TAX COLLECTOR<br>ATT: KEN BURTON, JR.<br>819 U.S. 301 BLVD., WEST<br>BRADENTON FL 34205 | MANATEE COUNTY TAX COLLECTOR<br>ATT: SUSAN D. PROFANT, CFCA<br>P.O. BOX 25300<br>BRADENTON FL 34206-5300 |
| MISSOURI DEPARTMENT OF REVENUE<br>ATTN: STEVEN A GINTHER<br>BANKRUPTCY UNIT<br>PO BOX 475<br>JEFFERSON CITY MO 65105-0475 | MONARCH ALTERNATIVE CAPITAL LP<br>AT: A. HERENSTEIN, M. GLOWASKY, P.BARTEL<br>535 MADISON AVENUE<br>NEW YORK NY 10022 |
| NELSON MULLINS RILEY & SCARBOROUGH LLP<br>ATT: BETSY JOHNSON BURN, ESQ.<br>POST OFFICE BOX 11070 (29211-1070)<br>COLUMBIA SC 29201 | NEW YORK CITY DEPARTMENT OF FINANCE<br>ATTN: BANKRUPTCY UNIT<br>345 ADAMS STREET - 10TH FL<br>BROOKLYN NY 11201 |
| NEW YORK STATE SALES TAX<br>PO BOX 1209<br>NEW YORK NY 10116 | NEW YORK STATE TAX PROCESSING<br>JAF BUILDING<br>PO BOX 1206<br>NEW YORK NY 10116 |

| | |
|---|---|
| NYS DEPT OF TAXATION AND FINANCE<br>ATTN: BANKRUPTCY UNIT<br>PO BOX 5300<br>ALBANY NY 12205-0300 | OFFICE OF THE US TRUSTEE<br>ATTN: SUSAN GOLDEN<br>33 WHITEHALL ST - 21ST FL<br>NEW YORK NY 10004 |
| OUTSOURCE ONE, INC.<br>ATT: TYLER MCINTOSH<br>530 SECOND AVENUE SOUTH<br>MINNEAPOLIS MN 55402 | PENSION BENEFIT GUARANTY CORPORATION<br>DISTRESS TERMS, DEPT OF INS. SUPERVISION<br>& COMPLIANCE, ATTN: MARC S PFEUFFER ESQ.<br>1200 K STREET NW SUITE 270<br>WASHINGTON DC 20005-4026 |
| PERETORE & PERETORE PC<br>ATTN: FRANK PERETORE ESQ<br>ATTYS FOR WELLS FARGO EQUIPMENT FINANCE<br>110 PARK STREET<br>STATEN ISLAND NY 10306 | SECURITIES AND EXCHANGE COMMISSION<br>ATTN: NATHAN M FUCHS ESQ<br>233 BROADWAY - 6TH FL<br>NEW YORK NY 10279 |
| SECURITIES AND EXCHANGE COMMISSION<br>ATTN: MICHAEL A BERMAN ESQ<br>BANKRUPTCY UNIT<br>450 FIFTH STREET NW<br>WASHINGTON DC 20549 | SECURITIES AND EXCHANGE COMMISSION<br>JAMES A. CLARKSON, REGIONAL DIRECTOR<br>233 BROADWAY<br>NEW YORK NY 10279 |
| SECURITIES AND EXCHANGE COMMISSION<br>NEAL JACOBSON<br>3 WORLD FINANCIAL CENTER<br>SUITE 400<br>NEW YORK NY 10281-1022 | SECURITIES AND EXCHANGE COMMISSION<br>ARTHUR GABINET, DISTRICT ADMINISTRATOR<br>MELLON INDEPENDENCE CENTER<br>701 MARKET STREET, SUITE 2000<br>PHILADELPHIA PA 19106-1538 |
| SECURITIES AND EXCHANGE COMMISSION<br>BRIAN G. CARTWRIGHT, GENERAL COUNSEL<br>100 F STREET, NW<br>WASHINGTON DC 20549 | TENNESSEE DEPT OF LABOR & WORKFORCE DEV-<br>UNEMPLOYMENT INSURANCE<br>C/O ATTORNEY GENERAL OFF, BANKRUPCTY DIV<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 |
| THE BANK OF NEW YORK MELLON<br>ATTN: ROBERT D HINGSTON<br>ADMINISTRATIVE AGENT PORTFOLIO MANAGER<br>600 E COLINAS BLVD - SUITE 1300<br>IRVING TX 75039-5699 | TRIVELLA, FORTE & SMITH, LLP<br>ATT: SETH PTASIEWICZ, ESQ.<br>ATTY FOR LONG ISLAND BANANA CORP.<br>1311 MAMARONECK AVENUE, SUITE 170<br>WHITE PLAINS NY 10605 |
| UNITED STATES ATTORNEY'S OFFICE<br>CHRISTOPHER J. CHRISTIE, USA<br>PETER RODINO FEDERAL BUILDING<br>970 BROAD STREET - SUITE 700<br>NEWARK NJ 07102 | UNITED STATES ATTORNEY'S OFFICE<br>FRANK J. MAGILL, JR., USA<br>600 U.S. COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS MN 55415 |
| UNITED STATES ATTORNEY'S OFFICE<br>LEV L. DASSIN<br>ONE ST. ANDREWS PLAZA<br>NEW YORK NY 10007 | UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: ERIC HOLDER<br>US ATTORNEY GENERAL<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC 20530-0001 |
| WARNER BROS. ENTERTAINMENT INC.<br>ATT: WAYNE M. SMITH, ESQ.<br>4000 WARNER BLVD.<br>BUILDING 156 SO., ROOM 5158<br>BURBANK CA 91522 | |