WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller, Esq.
Alfredo R. Pérez, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
*In re* : **Chapter 11 Case No.**
: 
**LENOX SALES, INC.,** *et al.* : **08-14679 (ALG)**
: 
Debtors. : **(Jointly Administered)**
: 
---------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION TO**
**SEVENTH SUPPLEMENTAL NOTICE OF PROPOSED ASSUMPTION**
**AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Lenox Sales, Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"),[1] respectfully represent:

1. On December 1, 2008, the Debtors filed a motion to, among other things, sell all or substantially all of their assets (the "Sale").

2. On December 16, 2008, in connection with the Sale, this Court entered an order (the "Procedures Order") (Docket No. 127) approving, among other things, procedures for the assumption of executory contracts and unexpired leases.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Lenox Sales, Inc. (3270), Lenox Group Inc. (4956), Lenox, Incorporated (8476), D 56, Inc. (0891), FL 56 Intermediate Corp. (4955), Lenox Retail, Inc. (3269), and Lenox Worldwide, LLC (7980).

3. On July 2, 2009, in accordance with the Procedures Order, the Debtors filed a *Seventh Supplemental Notice of Proposed Assumption and Assignment of Unexpired Leases* (Docket No. 540) (the "Seventh Notice of Assumption"). The Seventh Notice of Assumption lists a certain unexpired lease the Debtors intend to assume and assign as part of the Sale. No objections were filed on account of the unexpired lease listed on Exhibit A hereto (the "Lease").

4. Pursuant to the terms of the Sale and Procedures Order, the undersigned counsel for the Debtors hereby certifies that no objections were filed with respect to the assumption and assignment of the Lease. Consequently, the Debtors hereby request that the Court enter the attached form of order approving the assumption and assignment of the Lease.

Dated: July 21, 2009
    New York, New York

/s/ Alfredo R. Pérez
Harvey R. Miller, Esq.
Alfredo R. Pérez, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

**(Unexpired Lease to be Assumed for which No Objections have been Filed)**

| Counter-party | Date | Description and Address of Property to be Assumed and Assigned | | Cure Amount |
|---|---|---|---|---|
| Rockvale Outlet Center, L.P.<br>35 South Willowdale Drive<br>Suite 127<br>Lancaster, PA 17602<br>Attn: Legal Dept. | 2/7/1985 | Retail Store Lease<br><br>2460 Lincoln Highway<br>Lancaster, PA 17602 | Retail store lease for Lenox<br>10,877 SF.<br><br>**as modified by agreement of the landlord and the assignee[2]** | $0 |

---

[2] Due to the proprietary nature of the lease terms, the Debtors have not attached the amendment to this notice.

**(Proposed Order)**

US_ACTIVE:\43109388\03\43109388_3.DOC\58519.0005

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                  :

In re                                           :           Chapter 11 Case No.

**LENOX SALES, INC.,** *et al.*          :           08-14679 (ALG)

          **Debtors.**                         :           **(Jointly Administered)**

---------------------------------------------------------------x

## ORDER APPROVING ASSUMPTION AND
## ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS

Upon the motion, dated December 27, 2008 (the "Motion"), of Lenox Sales, Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"),[1] pursuant to Sections 105(a), 363, and 365 of the Bankruptcy Code and Rules 6004 and 6006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for, among other things, approval of procedures in connection with the sale of all or substantially all of the Debtors' assets (the "Sale"), all as more fully set forth in the Motion; and the Court having entered an order, dated December 16, 2008, approving, among other things, a procedure for the assumption of executory contracts and unexpired leases (the "Procedures Order") (Docket No. 127); and upon the Certificate of No Objection to the Assumption and Assignment of Certain Unexpired Leases and Executory Contracts filed by counsel for the Debtors, dated July 21, 2009; and after due deliberation and sufficient cause appearing therefore, it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Lenox Sales, Inc. (3270), Lenox Group Inc. (4956), Lenox, Incorporated (8476), D 56, Inc. (0891), FL 56 Intermediate Corp. (4955), Lenox Retail, Inc. (3269), and Lenox Worldwide, LLC (7980).

ORDERED that, in accordance with the terms and provisions of the Procedures Order, the Debtors' assumption of the unexpired lease listed on <u>Exhibit A</u> hereto (the "<u>Lease</u>") is approved; and it is further

ORDERED that, except as otherwise agreed to in a signed writing between the Debtors and the Contract counterparty, the cure amount set forth on <u>Exhibit A</u> is the true, correct, final and fixed amount, and only amount, that is required to be paid upon assumption of the Lease pursuant to section 365(b)(1)(A) and (B) of the Bankruptcy Code and the Debtors are directed to pay such cure amounts upon assumption of the Leases.

Dated: _____ \_\_, 2009
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# Exhibit A

# (Unexpired Lease)

| Counter-party | Date | Description and Address of Property to be Assumed and Assigned | | Cure Amount |
|---|---|---|---|---|
| Rockvale Outlet Center, L.P.<br>35 South Willowdale Drive<br>Suite 127<br>Lancaster, PA 17602<br>Attn: Legal Dept. | 2/7/1985 | Retail Store Lease<br><br>2460 Lincoln Highway<br>Lancaster, PA 17602 | Retail store lease for Lenox<br>10,877 SF.<br><br>**as modified by agreement of the landlord and the assignee** | $0 |