UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------x
                                                           :
In re                                                      :     Chapter 11 Case No.
                                                           :
LENOX SALES, INC., et al.                                  :     08-14679 (ALG)
                                                           :
              Debtors.                                     :     (Jointly Administered)
                                                           :
-----------------------------------------------------------x
```

NOTICE OF FILING OF NOTICE OF (A) ENTRY OF
ORDER (I) APPROVING THE DEBTORS' (A) DISCLOSURE
STATEMENT PURSUANT TO SECTIONS 1125 AND 1126(b) OF THE
BANKRUPTCY CODE, (B) SOLICITATION OF VOTES AND VOTING
PROCEDURES, AND (C) FORMS OF BALLOTS, AND (II) CONFIRMING
THE DEBTORS' SECOND AMENDED JOINT PLAN UNDER CHAPTER 11
OF THE BANKRUPTCY CODE, AND (B) OCCURRENCE OF EFFECTIVE DATE

**PLEASE TAKE NOTICE THAT:**

On January 6, 2010, Lenox Sales, Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), filed their **Notice of (A) Entry of Order (I) Approving the Debtors' (a) Disclosure Statement Pursuant to Sections 1125 and 1126(b) of the Bankruptcy Code, (b) Solicitation of Votes and Voting Procedures, and (c) Forms of Ballots, and (II) Confirming the Debtors' Second Amended Joint Plan Under Chapter 11 of the Bankruptcy Code, and (B) Occurrence of Effective Date** (the "Notice of Effective Date"). A copy of the Notice of Effective Date is attached hereto as Exhibit A.

Dated: January 6, 2010
       New York, New York

                                          /s/ Alfredo R. Pérez
                                         Alfredo R. Pérez, Esq.
                                         WEIL, GOTSHAL & MANGES LLP
                                         767 Fifth Avenue
                                         New York, New York 10153
                                         Telephone: (212) 310-8000
                                         Facsimile: (212) 310-8007

                                         Attorneys for Debtors
                                         and Debtors in Possession

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                                      :
*In re*                                                    :          Chapter 11 Case No.
                                                     :
**LENOX SALES, INC.,** *et al.*        :          08-14679 (ALG)
                                                     :
                           Debtors.             :          (Jointly Administered)
                                                     :
------------------------------------------------------------x

**NOTICE OF (A) ENTRY OF
ORDER (I) APPROVING THE DEBTORS' (A) DISCLOSURE
STATEMENT PURSUANT TO SECTIONS 1125 AND 1126(b) OF THE
BANKRUPTCY CODE, (B) SOLICITATION OF VOTES AND VOTING
PROCEDURES, AND (C) FORMS OF BALLOTS, AND (II) CONFIRMING
THE DEBTORS' SECOND AMENDED JOINT PLAN UNDER CHAPTER 11
OF THE BANKRUPTCY CODE, AND (B) OCCURRENCE OF EFFECTIVE DATE**

**TO CREDITORS, EQUITY INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

        PLEASE TAKE NOTICE that an order (the "*Order*") of the Honorable Allan L. Gropper, United States Bankruptcy Judge, approving the disclosure statement, solicitation of votes and voting procedures, and forms of ballots, and confirming the Debtors' Second Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code, dated as of October 30, 2009 (as amended and supplemented, the "*Plan*"), of Lenox Sales, Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "*Debtors*"), was entered by the United States Bankruptcy Court for the Southern District of New York (the "*Bankruptcy Court*") on December 16, 2009. Unless otherwise defined in this notice, capitalized terms used herein shall have the meanings ascribed to them in the Plan and the Order.

        PLEASE TAKE FURTHER NOTICE that the Order is available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, One Bowling Green, New York, New York 10004. The Order is also available on the internet site of the Debtors' noticing agent, the Garden City Group, Inc., at www.lgireorg.com or by accessing the Bankruptcy Court's website www.nysb.uscourts.gov. Please note that a PACER password and login are required to access documents on the Bankruptcy Court's website.

        PLEASE TAKE FURTHER NOTICE that the Effective Date of the Plan occurred on December 31, 2009.

        PLEASE TAKE FURTHER NOTICE that the Plan and the provisions thereof are binding on the Debtors, the Post Effective Date Debtors, any holder of a Claim against, or Equity Interest in, the Debtors and such holder's respective successors and assigns, whether or not the Claim or Equity Interest of such holder is impaired under the Plan and whether or not such holder or entity voted to accept the Plan.

Dated:  New York, New York
           January 4, 2010